# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**GABINO HUERTA-NAVARRETE,**<br><br>    Defendant. | 8:12CR254<br><br>REASSIGNMENT ORDER |
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**GABINO HUERTA-NAVARRETE,**<br><br>    Defendant. | 8:16CR275 |

This matter is before the Court on the Notice of Related Case filed in 8:16CR275 at ECF No. 25. Accordingly,

IT IS ORDERED:

1. The Notice of Related Case, filed in 8:16CR275 at ECF No. 25, is granted; and

2. The case captioned at 8:12CR254 is transferred to the undersigned for disposition and to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters.

Dated this 14th day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge